**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
PEDRO RODRIGUEZ

                 Plaintiff,                            19 **CIVIL** 3694 (CS)

      -against-                              **JUDGMENT**

B. FURCO,

                 Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 21, 2021, Defendant's motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
         December 22, 2021

                                                    **RUBY J. KRAJICK**
                                                 _____
                                                    **Clerk of Court**
                                   **BY:**
                                                    **Deputy Clerk**